**Order entered November 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01440-CV

### JAMES KIRBY, ET AL., Appellants

### V.

### UNITED TOWS, L.L.C., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06767**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** as moot appellants' November 11, 2014 motion to stay.

/s/ ELIZABETH LANG-MIERS
   JUSTICE